IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR -10-2903-TUC-RCC(JCG) |
| Plaintiff, | **ORDER** |
| vs. | |
| MURPHY RAY KITTRELL, III, | |
| Defendant. | |

The Court has reviewed the Magistrate Judge's Report and Recommendation, Government's Objections and defendant's Response thereto,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc. 58).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress Evidence (Doc. 34).

DATED this 13th day of July, 2011.

Raner C. Collins
United States District Judge

*mg*